```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
PEDRO JIMENEZ,

                Plaintiff,
                                                ORDER
        -against-                               10-CV-4397 (JS)(ARL)

POLICE OFFICER MICHAEL P. LEVINE,

                Defendant.
----------------------------------X
APPEARANCES:
For Plaintiff:      Pedro Jimenez, pro se
                    10003226
                    Nassau County Correctional Center
                    100 Carman Avenue
                    East Meadow, NY 11554

For Defendant:      No appearances
```

SEYBERT, District Judge:

On December 30, 2010, the Court dismissed Plaintiff pro se Pedro Jimenez's ("Plaintiff") Complaint without prejudice to file an Amended Complaint against Officer Levine, the Village of Freeport, Nassau County, or others. Plaintiff has not yet filed an Amended Complaint, and the Court now thinks it appropriate to set a deadline by which Plaintiff must proceed. Accordingly, if Plaintiff intends to file an Amended Complaint, he shall do so on or before June 15, 2011. Plaintiff is warned that failure to meet this deadline may result in his case being dismissed with prejudice.

The Clerk of the Court is directed to mail Plaintiff a copy of this Order.

                                SO ORDERED.

                                /s/ JOANNA SEYBERT
Dated:  April 15, 2011          Joanna Seybert, U.S.D.J.
        Central Islip, NY